**1264**

■

**Louis PASTORE, Jr., et al.**

v.

**D & H REALTY, INC. d/b/a Duffy's.**

No. 80–346–M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., Thomas T. Brady, Tiverton, for petitioners.

Dolbashian, Chappell & Chace, Michael B. Forte, Portsmouth, for respondent.

ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

**Jacento ROSA et al.**

v.

**John OLIVEIRA.**

No. 76–233–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Gerard McG. DeCelles, Providence, for plaintiffs.

John Oliveira, pro se.

ORDER

The defendant's motion seeking a day certain for argument herein is granted. This case is hereby assigned to the December, 1980 calendar for oral argument.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

**Anthcny SFAMENI**

v.

**Joseph BEVILACQUA.**

No. 80–371–M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

John F. Cicilline, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied as moot.

BEVILACQUA, C. J., and DORIS, J., did not participate.